ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RICHARD M. GRANT, ESQ., S.B. #55677
BRAYTON❖PURCELL LLP
222 Rush Landing Road
PO Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 Fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MORRIS,<br><br>Plaintiff,<br><br>vs.<br><br>C.C. MOORE & CO. ENGINEERS, et al.,<br><br>Defendants. | No. CV-12-2790 SI<br><br>STIPULATION TO DISMISS DEFENDANT SPIRAX SARCO, INC. AND REMAND CASE TO CALIFORNIA SUPERIOR COURT |

Comes now Plaintiff THOMAS MORRIS ("Plaintiff") and Defendant SPIRAX SARCO, INC. ("SPIRAX"), who file the following joint stipulation pursuant to Local Rules 7-1 and 7-12:

WHEREAS, Defendant SPIRAX removed this case to the United States District Court for the Northern District of California on May 31, 2012, on the ground that the Court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a)(1); and

WHEREAS, Defendant SPIRAX was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal; and

WHEREAS, Plaintiff and Defendant SPIRAX, the affected parties, have now agreed that Plaintiffs will dismiss SPIRAX from this action without prejudice; and

WHEREAS, Defendant SPIRAX'S desire for a federal forum for this action is now

1  moot given the dismissal without prejudice of Plaintiff's claims against it; and

2  WHEREAS, pursuant to this resolution of the parties, Plaintiff and Defendant SPIRAX
3  seek to have this action remanded to state court;

4  IT IS HEREBY STIPULATED by the affected parties, Plaintiff and Defendant
5  SPIRAX, that the claims against Defendant SPIRAX shall be, and hereby are, dismissed
6  without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and that this
7  action shall be immediately remanded to the San Francisco County Superior Court, Case No.
8  CGC-11-275757, the court in which it was originally filed and from which it was removed.

10  DATED: June 21, 2012          BRAYTON✦ PURCELL LLP

12                                By: _____
                                  Richard M. Grant (SBN 55677)
13                                Attorneys for Plaintiff

15  DATED: June 21, 2012          TUCKER ELLIS & WEST LLP

17                                By: _____
                                  Lance D. Wilson (SBN 183852)
                                  Attorneys for Defendant
18                                SPIRAX SARCO, INC.

20  PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendant SPIRAX SARCO,
INC. is dismissed without prejudice and this case is REMANDED to the Superior Court of
California, County of San Francisco, Case. No. CGC-11-275757. The Clerk shall send a
certified copy of this Order to the Clerk of the Court for the Superior Court of California,
County of San Francisco.

Dated:   6/26/12
                                  _____
                                  HON. SUSAN ILLSTON
                                  UNITED STATES DISTRICT COURT

L:\ATTY\RMG\Morris.stip dwop & remand.wpd       2
STIPULATION TO DISMISS DEFENDANT SPIRAX SARCO, INC. AND REMAND CASE TO CALIFORNIA
SUPERIOR COURT; CV-12-2790 SI

*Thomas Morris v. C.C. Moore & Co. Engineers,, et al.*
United States District Court, NDCA Case No. 3:12-cv-02790 SI

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the following with the Clerk of the Court for the United States District Court by using the CM/ECF system on June 21, 2012:

STIPULATION TO DISMISS DEFENDANT SPIRAX SARCO, INC. AND REMAND CASE TO CALIFORNIA SUPERIOR COURT

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage paid.

Dated this 21st day of June 2012.

_____
Diane I. Davidowski

BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1

CERTIFICATE OF SERVICE

Date Created: 6/21/2012-1:57:41 PM                                    Run By : Davidowski, Diane (DID)
Created by: LitSupport - ServiceList - Reporting
Matter Number: 113918.003 - Thomas Morris

**Bassi, Edlin, Huie & Blum LLP**
500 Washington Street
Suite 700
San Francisco, CA 94111
415-397-9006   415-397-1339 (fax)
**Defendants:**
  J.T. Thorpe & Son, Inc. (THORPE)
  Parker-Hannifin Corporation (PARKHF)

**Foley & Mansfield PLLP**
300 Lakeside Drive, Suite 1900
Oakland, CA 94612
510-590-9500   510-590-9595 (fax)
**Defendants:**
  William Powell Company, The (WILPOW)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
  Ingersoll-Rand Company (INGRSL)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
  Crane Co. (CRANCO)

**McGivney, Kluger & Glaspy**
100 Pringle Avenue
Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
  Kentile Floors, Inc. (KEN)

**Morgan, Lewis & Bockius LLP**
One Market, Spear Tower
San Francisco, CA 94105
415-442-1000   415-442-1001 (fax)
**Defendants:**
  Yarway Corporation (YARWAY)

**Pond North, LLP**
350 South Grand Avenue
Suite 3300
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
  CBS Corporation (fka Viacom Inc., fka Westinghouse Electric Corporation) (VIACOM)

**Tucker Ellis LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Spirax Sarco, Inc. (SPISAR)

**Walsworth, Franklin, Bevins & McCall, LLP**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Caterpillar, Inc. (CAT)
  General Electric Company (GE)
  Thomas Dee Engineering Company (DEE)